**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A&B HOMES LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-0612 EMC<br><br>**ORDER RE PLAINTIFF'S JOINT STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>**(Docket No. 20)** |

On April 26, 2011, Plaintiff filed a document captioned "Joint Stipulation for Voluntary Dismissal Without Prejudice." In the document, Plaintiff seems to be seeking a voluntary dismissal of the entire case. The document – though captioned a joint stipulation – is, in fact, signed by Plaintiff alone, and not by any Defendant.

Under Federal Rule of Civil Procedure 41, a plaintiff may voluntarily dismiss an action *without* a court order and *without* the consent of the opposing party by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A). In the instant case, neither Defendant Deutsche Bank National Trust Company ("Deutsche") nor Defendant OneWest Bank, FSB ("OneWest") has filed an answer or a motion for summary judgment. Accordingly, Plaintiff's voluntary dismissal as to these Defendants is valid. The Clerk of the Court is directed to terminate the case with respect to Deutsche and OneWest, and the hearing on their motion to dismiss is hereby **VACATED**.

Defendant Nex West LLC ("Nex West"), however, has filed an answer. Under Rule 41, Plaintiff may voluntarily dismiss the action against Nex West *without* leave of the Court only if Nex West stipulates to the dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A). As noted above, Nex West did not sign the stipulation filed by Plaintiff. Accordingly, the action against Nex West is still pending, and the hearing on Nex West's motion for judgment on the pleadings shall remain on calendar for June 1, 2011. Plaintiff, of course, is still free to contact Nex West and enter into a stipulation of dismissal. Any stipulation of dismissal must be signed by Plaintiff and by Nex West. Alternatively, Plaintiff may move for a dismissal pursuant to Rule 41(a)(2). *See* Fed. R. Civ. P. 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.").

IT IS SO ORDERED.

Dated: May 3, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

A & B HOMES, LLC,

        Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL. et al,

        Defendant.

Case Number: CV11-00612 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

A & B Homes LLC
Pedro Brambila, President
491 Delta Road
Oakley, CA 94561

Dated: May 3, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3