United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A&B HOMES LLC, | No. C-11-0612 EMC |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*, | |
| Defendants. | |
| _____/ | |

Defendant NDeX West, LLC ("NDeX") has filed a motion for judgment on the pleadings. Currently, the motion is set for hearing on June 1, 2011. In the motion, NDeX has asked the Court to grant its request for relief. NDeX has further asked the Court to order Plaintiff A&B Homes, LLC ("A&B") to show cause why the action in its entirety should not be dismissed for failure to obtain an attorney to represent it.

In its complaint, A&B alleges that it is a limited liability company. *See* Compl. ¶ 1. Under the Civil Local Rules of this District, a natural person may appear pro se (*i.e.*, represent himself or herself), but "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Civ. L.R. 3-9(b). A&B does not appear to have complied with this rule, having made an appearance through its president only. Accordingly, the Court **GRANTS** NDeX's request for an order to show cause.

**More specifically, the Court hereby orders A&B to show cause why the action in its entirety should not be dismissed for failure to have an attorney represent it. A&B's response**

**to this order to show cause shall be filed by June 1, 2011.  The Court shall hold a hearing on the order to show cause on June 8, 2011, at 10:30 a.m.**

Because A&B must have an attorney to represent it before proceedings can continue any further, the Court also **VACATES** the June 1 hearing on NDeX's motion for judgment.  The Court shall set a new hearing date and briefing schedule on the motion once the preliminary issue of A&B's representation is resolved.

IT IS SO ORDERED.

Dated: May 23, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

A & B HOMES, LLC,

       Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL. et al,

       Defendant.

Case Number: CV11-00612 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

A & B Homes LLC
Pedro Brambila, President
491 Delta Road
Oakley, CA 94561

Dated: May 23, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3