| | |
|---|---|
| 1 | Pedro Brambila and |
| 2 | Dominga Brambila |
|   | 2080 Roper Circle |
| 3 | Brentwood, California [94513] |

**FILED**

2011 JUN -1  P 1:09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No.: C-11-0612 EMC

A&B HOMES, LLC

    Plaintiff

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al

    Defendants
_____/

**PETITION FOR VOLUNTARY DISMISSAL OF ACTION AGAINST NDEX WEST BY COURT ORDER PURSUANT TO FRCP RULE 41(a)(2)**

1. I, Pedro Brambila, the President of A&B HOME SALES, LLC hereby petition the court for an order of voluntary dismissal of this civil action pursuant to Rule 41 (a)(2) of the FRCP without prejudice, with each party to pay it's own costs.

Respectfully submitted,

Dated: 6-1-2011

_Pedro Brambila_ (signature)

Pedro Brambila

IT IS SO ORDERED. The OSC hearing set for 6/8/11 is hereby vacated:

_____
Edward M. Chen
U.S. District J.

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

Complaint For Damages Page 1

# DECLARATION OF SERVICE

I, **Norma Ortiz**, declare as follows

That I am domiciled in the County of Contra Costa, I am over the age of eighteen years old and not a party to the within action. My mailing location is:

**1468 Windsor Way Brentwood CA 94513**

On the **1st** day of the **sixth** month in the year of our Lord two-thousand and eleven, I personally served a true copy of the above **PETITION FOR VOLUNTARY DISMISSAL OF ACTION AGAINST NDEX WEST BY COURT ORDER PURSUANT TO FRCP RULE 41(a)(2)** for Case number 11-0612 EMC in District Court of the United States for the Northern District of California, in and for Contra Costa County, upon the office of, BARRETT DAFFIN FRAPPIER agents for the Plaintiff.

> BARRETT DAFFIN FRAPPIER
> 20955 PATHFINDER ROAD STE 300
> DIAMOND BAR CA 91765

I declare under penalty of the Common Law of California that the foregoing is true and correct.

Executed on the **1st** day of the **sixth** month in the year of our Lord two-thousand and eleven.

By: _[signature]_

**Notice to Agent is Notice To Principal Notice to Principal is Notice to Agent**

Complaint For Damages Page 2